| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>May, Leigh M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>05/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2167 U.S. Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Agreement with former law firm, which is currently named Butler, Wooten, and Peak, LLP for payment of fees from work performed prior to judicial service |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 8/31/18 | Compensation from Butler, Wooten, and Peak, LLP (former law firm) for services rendered prior to becoming a judicial officer | $807,667.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed as an architect |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia - Intellectual Property Section | September 21-23, 2018 | Amelia Island, FL | Speak at annual conference | Transportation, Meals and Hotel |
| 2. | Georgia Trial Lawyers Association | January 26-27, 2018 | Savannah, GA | Speak at CLE Seminar | Transportation and Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AgGeorgia Farm Credit | Mortgage on Land in Burke County, Georgia (Part VII, Line 163) | M |
| 2. | Wells Fargo | Mortgage on Second Home in Newnan, Georgia (Part VII, Line 164) | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. - Advanced Auto Parts - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 3. - Amgen Inc. - Stock | A | Dividend | | | Sold | 04/26/18 | J | A | |
| 4. - Analog Devices Inc. - Stock (X) | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 5. - Apple Inc. - Stock | B | Dividend | L | T | | | | | |
| 6. - Axcelis Technologies Inc. - Stock | | None | | | Sold | 05/10/18 | J | C | |
| 7. - Bank of Nova Scotia - Stock | A | Dividend | | | Sold | 3/8/18 | J | A | |
| 8. - Bed Bath & Beyond Inc. - Stock | A | Dividend | | | Sold | 3/8/18 | J | A | |
| 9. - Cardinal Health Inc. - Stock | A | Dividend | | | Sold | 3/8/18 | J | A | |
| 10. - ConocoPhillips - Stock | A | Dividend | | | Sold | 3/8/18 | J | A | |
| 11. - Donnelley Financial Solutions Inc. - Stock | | None | | | Sold | 3/8/18 | J | A | |
| 12. - Emerson Electric Co. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 13. - Expeditors International of Washington - Stock | | None | | | Sold | 05/25/18 | K | D | |
| 14. - Fuchs Petrolub - Stock | | None | | | Sold | 04/16/18 | J | B | |
| 15. - General Electric Co. - Stock | A | Dividend | | | Sold | 3/8/18 | J | A | |
| 16. - Gilead Sciences Inc. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 17. - Givaudan SA - Stock | A | Dividend | | | Sold | 04/26/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Graco Inc. - Stock | A | Dividend | | | Sold | 05/25/18 | J | D | |
| 19. - Kirby Corp. - Stock | | None | | | Sold | 05/10/18 | J | D | |
| 20. - Lowes Companies Inc. - Stock | A | Dividend | | | Sold (part) | 05/25/18 | K | D | |
| 21. | | | | | Sold | 06/08/18 | L | E | |
| 22. - Nestle SA - Stock | | None | | | Sold | 04/13/18 | J | A | |
| 23. - Noble Group Limited - Stock | | None | | | Sold | 03/08/18 | J | A | |
| 24. - Novartis AG - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 25. - Novo Nordisk - Stock | A | Dividend | | | Sold | 05/10/18 | J | C | |
| 26. - PPG Industries Inc. - Stock | A | Dividend | | | Sold | 04/26/18 | J | A | |
| 27. - Robert Half International Inc. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 28. - Stepan Co. - Stock | A | Dividend | | | Sold | 05/10/18 | K | C | |
| 29. - Sysco Corporation - Stock | A | Dividend | | | Sold | 05/10/18 | J | B | |
| 30. - United Parcel Service - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 31. - Wal-Mart Stores Inc. - Stock | A | Dividend | | | Sold | 04/26/18 | J | B | |
| 32. - Weyerhauser - REIT | A | Dividend | | | Sold | 04/26/18 | K | D | |
| 33. - Marathon Value Portfolio - Mutual Fund | A | Dividend | L | T | Sold (part) | 3/7/18 | K | D | |
| 34. - Athens-Clarke County, Georgia - Bond | A | Interest | | | Sold | 03/14/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - CDK Global Inc. - Bond | A | Interest | K | T | | | | | |
| 36.   - CF Industries Inc. - Bond | | None | | | Sold | 03/14/18 | J | A | |
| 37.   - ConAgra Foods Inc. - Bond | A | Interest | | | Sold | 03/15/18 | J | A | |
| 38.   - FNMA Ser 785329 - Mortgage-Backed Security | B | Interest | | | Sold | 04/03/18 | J | A | |
| 39.   - FNMA Ser 2010-120 - Mortgage-Backed Security | B | Interest | | | Sold | 03/14/18 | J | A | |
| 40.   - Thomasville, Georgia Hospital Authority - Bond | B | Interest | | | Redeemed | 11/01/18 | K | A | |
| 41.   - Guggenheim Total Return Bond Fund - Mutual Fund | B | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 42.   - Host Hotels & Resorts LP - Bond | | None | | | Sold | 03/14/18 | J | A | |
| 43.   - Laboratory Corp Amer Hldgs - Bond | A | Interest | | | Sold | 03/14/18 | J | A | |
| 44.   - Macy's Inc. - Bond | | None | | | Sold | 03/14/18 | K | A | |
| 45.   - PIMCO Income Fund - Mutual Fund | B | Dividend | | | Sold | 12/11/18 | K | A | |
| 46.   - Plum Creek Timberlands LP - Bond | | None | | | Sold | 03/14/18 | J | A | |
| 47.   - Royal Bank of Canada - Bond | A | Interest | | | Redeemed | 01/16/18 | K | A | |
| 48.   - Safeway Inc. - Bond | | None | | | Sold | 2/9/18 | J | A | |
| 49.   - Fort Bend County, Texas - Bond | | None | | | Sold | 03/14/18 | K | A | |
| 50.   - Sienna Plantation, Texas - Bond | A | Interest | | | Sold | 03/14/18 | K | A | |
| 51.   - United States Treas Notes 2.0% | A | Interest | | | Sold | 03/14/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Walgreen Co. - Bond | A | Interest | | | Sold | 03/14/18 | J | A | |
| 53. - Templeton Global Total Return Fund - Mutual Fund | B | Dividend | K | T | Buy | 03/07/18 | K | | |
| 54. - JP Morgan Opportunistic Equity Fund - Mutual Fund | A | Distribution | K | T | Buy | 03/07/18 | K | | |
| 55. - AQR Equity Market Neutral Fund - Mutual Fund | | None | | | Buy | 03/07/18 | K | | |
| 56. | | | | | Sold | 09/26/18 | K | A | |
| 57. - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 58. - Blackrock Intermediate Muni Opportunity Fund - Mutual Fund | B | Dividend | K | T | Buy | 03/16/18 | K | | |
| 59. - Pioneer Bond Fund - Bond Fund | A | Dividend | | | Buy | 03/16/18 | K | | |
| 60. | | | | | Sold | 12/24/18 | K | A | |
| 61. - Angel Oak Multi Strategy Income Fund - Mutual Fund | A | Dividend | K | T | Buy | 03/16/18 | K | | |
| 62. - Oakmark International Fund - Mutual Fund | | None | | | Buy | 04/11/18 | K | | |
| 63. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 64. | | | | | Buy (add'l) | 05/24/18 | K | | |
| 65. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 66. | | | | | Sold | 12/11/18 | K | A | |
| 67. - Matthews Pacific Tiger Fund - Mutual Fund | | None | | | Buy | 04/11/18 | J | | |
| 68. | | | | | Buy (add'l) | 04/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 70. | | | | | Sold | 12/11/18 | K | A | |
| 71. - Glenmede Large Cap Growth Fund - Mutual Fund | A | Dividend | M | T | Buy | 04/11/18 | K | | |
| 72. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 73. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 74. | | | | | Buy (add'l) | 05/24/18 | K | | |
| 75. - Thornburg Global Opportunity Fund - Mutual Fund | | None | | | Buy | 04/11/18 | K | | |
| 76. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 77. | | | | | Buy (add'l) | 06/07/18 | L | | |
| 78. | | | | | Sold | 12/11/18 | L | A | |
| 79. - Powershares Dynamic Large Cap Fund - Mutual Fund | | None | | | Buy | 04/13/18 | L | | |
| 80. | | | | | Buy (add'l) | 04/26/18 | K | | |
| 81. - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 82. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 83. - Ishares MSCI ACWI Fund IV - Mutual Fund | A | Dividend | L | T | Buy | 12/12/18 | L | | |
| 84. - Schwab Emerging Markets Equity Fund - Mutual Fund | A | Dividend | K | T | Buy | 12/12/18 | K | | |
| 85. - Schwab Internationl Equity Fund - Mutual Fund | B | Dividend | K | T | Buy | 12/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Schwab Muni Money Market Fund - Mutual Fund | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 87. - Schwab US Large Cap Value Fund - Mtual Fund | A | Dividend | M | T | Buy | 11/16/18 | M | | |
| 88. - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 12/24/18 | K | | |
| 89. - SPDR Barclays Muni Bond Fund - Bond Fund | A | Dividend | K | T | Buy | 9/27/18 | K | | |
| 90. - Invesco Dynamic Large Cap Value Fund - Mutual Fund - name change | B | Dividend | | | Spinoff (from line 79) | 06/04/18 | | | |
| 91. | | | | | Sold | 11/14/18 | L | A | |
| 92. - Schwab Advisor Cash and Money Market Fund | A | Interest | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. IRA # 1 | | | | | | | | | |
| 95. - Abbott Laboratories - Stock (X) | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 96. - Apple Inc. - Stock | A | Dividend | J | T | | | | | |
| 97. - Emerson Electric Company - Stock | A | Dividend | | | Sold | 04/13/18 | J | C | |
| 98. - Fastenal Company - Stock | A | Dividend | | | Sold | 04/13/18 | J | C | |
| 99. - Givaudan SA - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 100. - Marathon Value Portfolio - Mutual Fund | A | Dividend | K | T | Sold (part) | 04/12/18 | K | B | |
| 101. - Nestle SA - Stock | | None | | | Sold | 04/13/18 | J | A | |
| 102. - Polaris Industries Inc. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - PPG Industries, Inc. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 104. - Robert Half International, Inc. - Stock | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 105. - AGCO Corp. - Bond | A | Interest | | | Redeemed | 05/18/18 | J | A | |
| 106. - Matthews Pacific Tiger Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 107. - Oakmark International Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | K | | |
| 108. - PIMCO Income Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 04/12/18 | J | A | |
| 109. - Union Pacific Corp. - Bond | A | Interest | | | Redeemed | 08/15/18 | J | A | |
| 110. - Verizon Communications Inc. - Bond | A | Interest | J | T | | | | | |
| 111. - Angel Oak Multi Strategy Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 112. - AQR Equity Market Netural Fund - Mutual Fund | | None | | | Buy | 04/12/18 | J | | |
| 113. | | | | | Sold | 09/26/18 | J | A | |
| 114. - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 115. - Doubleline Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 116. - Glenmede Larg Cap Growth Fund - Mutual Fund | B | Dividend | K | T | Buy | 04/12/18 | K | | |
| 117. - Guggenheim Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 04/12/18 | J | A | |
| 118. - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 119. - JP Morgan Opportunistic Equity Fund - Mutual Fund | | None | J | T | Buy | 04/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 121. - Pioneer Bond Fund - Mutual Fund | A | Dividend | | | Buy | 04/12/18 | J | | |
| 122. | | | | | Sold | 12/24/18 | J | A | |
| 123. - Powershares Dynamic Large Cap Fund - Mutual Fund | | None | | | Buy | 04/13/18 | K | | |
| 124. - Invesco Dynamic Large Cap Value Fund - Mutual Fund - name change | A | Dividend | | | Spinoff (from line 123) | 6/4/18 | | | |
| 125. | | | | | Sold | 11/16/18 | K | A | |
| 126. - Schwab US Large Cap Value ETF - Mutual Fund | A | Dividend | K | T | Buy | 11/16/18 | L | | |
| 127. - SPDR Barclays Muni Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 128. - Templeton Global Total Return Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 129. - Thornburg Global Opportunity Fund - Mutual Fund | A | Dividend | K | T | Buy | 04/12/18 | K | | |
| 130. Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. IRA # 2 | | | | | | | | | |
| 133. - Angel Oak Multi Strategy Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 134. - Marathon Value Portfolio - Mutual Fund | A | Dividend | J | T | Sold (part) | 04/12/18 | K | C | |
| 135. - Matthews Pacific Tiger Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 136. - PIMCO Enhanced Short Maturity Fund - Mutual Fund | A | Dividend | | | Sold | 04/13/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - PIMCO Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 138. - Oakmark International Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 139. - AQR Equity Market Neutral Fund - Mutual Fund | | None | | | Buy | 04/12/18 | J | | |
| 140. | | | | | Sold | 09/26/18 | J | A | |
| 141. - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 142. - Doubleline Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 143. - Glenmede Large Cap Growth Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 144. - Guggenheim Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 145. - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 146. - Invesco Dynamic Large Cap Value - Mutual Fund | A | Dividend | | | Spinoff (from line 152) | 06/4/18 | J | | |
| 147. | | | | | Sold | 11/16/18 | J | A | |
| 148. - JP Morgan Opportunistic Equity Fund - Mutual Fund | | None | J | T | Buy | 4/12/18 | J | | |
| 149. - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 150. - Pioneer Bond Fund - Mutual Fund | A | Dividend | | | Buy | 04/12/18 | J | | |
| 151. | | | | | Sold | 12/24/18 | J | A | |
| 152. - Powershares Dynamic Large Cap - Mutual Fund | | None | | | Buy | 4/13/18 | J | | |
| 153. - Schwab US Large Cap Value Fund - Mutual Fund | A | Dividend | J | T | Buy | 11/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Thornburg Global Opportunity Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 155. - Templeton Global Total Return - Mutual Fund | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 156. - SPDR Barclays Muni Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 157. - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. Schwab Individual 529 Fund | A | Int./Div. | M | T | Buy | 08/31/18 | M | | |
| 160. | | | | | Buy (add'l) | 10/15/18 | M | | |
| 161. Bank of America Cash Accounts | A | Interest | N | T | | | | | |
| 162. | | | | | | | | | |
| 163. Land in Burke County, Georgia | | None | M | Q | | | | | |
| 164. House in Coweta County, Georgia | | None | O | Q | Buy | 11/16/18 | O | | |
| 165. GC Opportunities 2 Private Fund LP - Private Fund | | None | M | U | Buy | 06/1/18 | M | | |
| 166. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The value of the land referenced in line 163 of part VII came from an appraisal of the property conducted in November 2017 as part of the land's purchase.
The value of the house referenced in line 164 of part VII came from an appraisal of the property conducted in October 2018 as part of the property's purchase.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Leigh M. May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544